UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 13-14009-CR-MARTINEZ(GRAHAM)

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JESUS IVAN ESTRADA-GARCIA,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's Motion to Dismiss Count II, (D.E. 33).

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch United States Magistrate Judge on March 18, 2013. A Report and Recommendation was filed recommending that Defendant's Motion to Dismiss Count II be **Denied**.

The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted an independent review of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation filed in this cause is hereby, **AFFIRMED and APPROVED** in its entirety

**DONE AND ORDERED** in Chambers at Miami, Florida, this /2th day of April, 2013.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Lynch
        Theodore Cooperstein, AUSA
        Vincent J. Benincasa, Esq.